JOHN J. POWERS (State Bar No. 145623)
RODNEY M. HUDSON (State Bar No. 189363)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone:   (415) 591-7500
Facsimile:   (415) 591-7510
E-mail: john.powers@dbr.com
E-mail: rodney.hudson@dbr.com

SIOBHAN A. CULLEN (State Bar. No. 179838)
DRINKER BIDDLE & REATH LLP
333 South Grand Avenue, Suite 1700
Los Angeles, CA 90071-1504
Telephone:   (213) 253-2300
Facsimile:   (213) 253-2314
E-mail: siobhan.cullen@dbr.com

Attorneys for Defendant
EVERFAST, INC.

FILED
08 JUL 29 PM 3:42
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY               DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 1372    JLS (POR)

| | |
|---|---|
| NANCY FOGELSTROM, individually; on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EVERFAST INC., a Delaware corporation; and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No.<br><br>**EVERFAST, INC.'S NOTICE OF FINANCIAL INTEREST**<br>[F.R.C.P. 7.1, CIV. L.R. 40.2] |

///
///
///
///
///

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

LA\297987\1                                    1                        NOTICE OF FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 40.2, Defendant Everfast, Inc. ("defendant") submits the following Notice of Financial Interest: there is no parent corporation or publicly held corporation owning more than 10% of defendant's stock.

Dated: July 29, 2008

DRINKER BIDDLE & REATH LLP

By: /s/ Siobhan A. Cullen
JOHN J. POWERS
RODNEY M. HUDSON
SIOBHAN A. CULLEN

Attorneys for Defendant
EVERFAST, INC.