1  JOHN J. POWERS (State Bar No. 145623)
   RODNEY M. HUDSON (State Bar No. 189363)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, CA 94105-2235
   Telephone:   (415) 591-7500
4  Facsimile:   (415) 591-7510
   E-mail: john.powers@dbr.com
5  E-mail: rodney.hudson@dbr.com

6  SIOBHAN A. CULLEN (State Bar. No. 179838)
   DRINKER BIDDLE & REATH LLP
7  333 South Grand Avenue, Suite 1700
   Los Angeles, CA 90071-1504
8  Telephone:   (213) 253-2300
   Facsimile:   (213) 253-2314
9  E-mail: siobhan.cullen@dbr.com

10 Attorneys for Defendant
   EVERFAST, INC
11

FILED
08 JUL 29 PM 3:42
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:_____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY FOGELSTROM, individually; on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EVERFAST INC., a Delaware corporation; and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. '08 CV 1372 JLS (POR)<br><br>**EVERFAST, INC.'S DEMAND FOR JURY TRIAL** |

///
///
///
///
///
///
///

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

LA\297986\1                    1                    DEMAND FOR JURY TRIAL

Defendant Everfast, Inc. demands a jury trial of all claims triable by a jury.

| | |
|---|---|
| Dated: July 29, 2008 | DRINKER BIDDLE & REATH LLP<br><br>By: *[signature]*<br>JOHN J. POWERS<br>RODNEY M. HUDSON<br>SIOBHAN A. CULLEN<br><br>Attorneys for Defendant<br>EVERFAST, INC. |