| | |
|---|---|
| 1 | JOHN J. POWERS (State Bar No. 145623) |
| | RODNEY M. HUDSON (State Bar No. 189363) |
| 2 | DRINKER BIDDLE & REATH LLP |
| | 50 Fremont Street, 20th Floor |
| 3 | San Francisco, CA  94105-2235 |
| | Telephone:   (415) 591-7500 |
| 4 | Facsimile:    (415) 591-7510 |
| | E-mail: john.powers@dbr.com |
| 5 | E-mail: rodney.hudson@dbr.com |

SIOBHAN A. CULLEN (State Bar. No. 179838)
DRINKER BIDDLE & REATH LLP
333 South Grand Avenue, Suite 1700
Los Angeles, CA  90071-1504
Telephone:   (213) 253-2300
Facsimile:    (213) 253-2314
E-mail: siobhan.cullen@dbr.com

Attorneys for Defendant
EVERFAST, INC.

**FILED**
08 JUL 29 PM 3: 42
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 1372     JLS (POR)

| | |
|---|---|
| NANCY FOGELSTROM, individually; on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> EVERFAST, INC., a Delaware corporation; and DOES 1 through 50 inclusive, <br><br> Defendant. | Case No. <br><br> **CERTIFICATE OF SERVICE BY MAIL** |

Drinker Biddle & Reath LLP
Attorneys At Law
San Francisco

## CERTIFICATE OF SERVICE BY MAIL

STATE OF CALIFORNIA    )
                                      ) ss.:
COUNTY OF SAN DIEGO  )

*Nancy Fogelstrom v. Everfast, Inc., et al.*

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 West C Street, Suite 2050, San Diego, CA 92101.

On July 29, 2008, I served on interested parties in said action the within:

1. **CIVIL CASE COVER SHEET**
2. **EVERFAST, INC.'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT;**
3. **EVERFAST, INC.'S NOTICE OF FINANCIAL INTEREST;**
4. **EVERFAST, INC.'S DEMAND FOR JURY TRIAL**

by placing a true copy thereof in sealed envelope addressed as stated below:

James R. Patterson
Cary R. Kinkead
HARRISON PATTERSON & O'CONNOR LLP
402 West Broadway, Suite 1905
San Diego, CA 92101

Attorneys for Plaintiff

I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

Executed on July 29, 2008, at San Diego, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____Brooke Freitas_____          *[signature: Brooke Freitas]*
(Type or print name)                                                        (Signature)